U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FAZLUR MAHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 18-cv-08173 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| PROSOFT TECHNOLOGY GROUP, INC., | ) | |
| and INTELLIPEOPLE, INC. d/b/a | ) | |
| KELLTON TECH SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See Service List

**PLEASE TAKE NOTICE** that on Thursday, March 7, 2019, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable U.S. District Court Judge John Robert Blakey or any judge sitting in his stead, in Room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT PURSUANT TO RULE 12(B)(1) AND RULE 12(B)(6)**, a copy of which was served upon you.

Dated: February 19, 2019                         PROSOFT TECHNOLOGY GROUP, INC.
                                                 AND INTELLIPEOPLE, INC., Defendants

                                                 By:   /s/Brian K. Jackson
                                                         One of Their Attorneys

Thomas S. Bradley
Brian K. Jackson
**Laner Muchin, Ltd.**
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800 / (312) 467-9479 (fax)

1

**Certificate of Service**

I, Brian K. Jackson, an attorney, hereby certify that on February 19, 2019, I caused a copy of the foregoing **Notice of Motion** in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> Michael G. Holton (*Pro Hac Vice*)
> William H. Fuller, Jr.
> Fuller, Taylor & Holton, PC
> 5478 Carmichael Parkway, Suite D
> Montgomery, Alabama 36117
> gholtonattorney@gmailcom
> bhfuller@att.net
>
> Patrick A. Salvi
> Andrew J. Burkavage
> Salvi, Schostok & Pritchard P.C.
> 161 North Clark Street, Suite 4700
> Chicago, Illinois 60601
> aburkavage@salvilaw.com
> psalvi@salvilaw.com

                         /s/Brian K. Jackson