# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FAZLUR MAHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: 18-cv-08173 |
| v. ) | |
| ) | Judge John Robert Blakey |
| PROSOFT TECHNOLOGY GROUP, INC., ) | |
| and INTELLIPEOPLE, INC. d/b/a ) | |
| KELLTON TECH SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**RULE 41(a)(1)(A)(ii) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the parties, by and between the undersigned counsel of record for Plaintiff and undersigned counsel of record for Defendants, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate that this matter be dismissed with prejudice, each party to bear their own fees and costs.

| | |
|---|---|
| s/ Andrew J. Burkavage | /s/Brian K. Jackson (by consent) |
| Andrew J. Burkavage | Brian K. Jackson |
| Salvi, Schostok & Pritchard P.C. | Laner Muchin, Ltd. |
| 161 North Clark, Suite 4700 | 515 North State Street, Suite 2800 |
| Chicago, Illinois 6061 | Chicago, Illinois 60654 |
| (312) 372-1227 | (312) 467-9800 |
| aburkavage@salvilaw.com | bjackson@lanermuchin.com |
| | |
| Attorney for Plaintiff | Attorney for Defendants |